**Sylvia CARAVETTA, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 04–5059.

United States Court of Appeals, Federal Circuit.

April 30, 2004.

Sylvia Caravetta, of Counsel, Silver Spring, MD, pro se.

David R. Feniger, Principal Attorney, Department of Justice, Washington, DC, for Defendant–Appellee.

## ORDER

Appellant having paid the balance of the fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RE-CALLED, and the notice of appeal is RE-INSTATED.

Appellant's brief is due within 21 days from the date of of this order.